UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80089-CR-ROSENBAUM/MATTHEWMAN

18 U.S.C § 641

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES MACALUSO,

        Defendant.

_____/

FILED by KZ D.C.
ELECTRONIC
Apr 16, 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

From on or about January 2008 and continuing to on or about January 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**JAMES MACALUSO,**

did knowingly and willfully embezzle, steal, purloin and convert to his own use a thing of value of the United States and of any department and agency thereof, that is, having been approved for retirement benefits with the United States Railroad Retirement Board, and having received those benefits from 2008 through 2010, the defendant collected approximately $12,632 in benefits to which he was not entitled by exceeding his earnings

restrictions and failing to report his employment and wage information to the United States Railroad Retirement Board as required by law.

In violation of Title 18, United States Code, Section 641.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80089-CR-ROSENBAUM/MATTHEWMAN

UNITED STATES OF AMERICA

vs.

JAMES MACALUSO,

　　　　　　　　　Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami  ___ Key West
___ FTL   _X_ WPB   ___ FTP

New Defendant(s)　　Yes ___　No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　(Yes or No)　_No_

   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)　　　(Check only one)

   I    0 to 5 days    _X_    Petty    ___
   II   6 to 10 days   ___    Minor    ___
   III  11 to 20 days  ___    Misdem.  ___
   IV   21 to 60 days  ___    Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM T. ZLOCH
　　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0105619

*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　　　　　REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JAMES MACALUSO

Case No: 13-80089-CR-ROSENBAUM/MATTHEWMAN

Count #: 1

Theft of Government of Services and Property in excess of $1,000

18 USC § 641

\* **Max.Penalty**: 10 years' imprisonment; 3 years' supervised release; $250,000 fine; restitution

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-80089-CR-ROSENBAUM/MATTHEWMAN

BOND RECOMMENDATION

DEFENDANT: JAMES MACALUSO

$5,000 Personal Surety
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: WILLIAM T. ZLOCH

Last Known Address: _____

What Facility: _____

Agent(s): RRB/OIG SA Wanda Fuentes
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)